UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARCUS MARTIN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FLOYD BONNER, JR., ET AL., )<br>)<br>Defendants. ) | No. 21-2057-MSN-tmp |

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's *pro se* Complaint (ECF No. 1), filed January 27, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Dismissing Case, Certifying an Appeal Would Not Be Taken in Good Faith, and Notifying Plaintiff of Appellate Filing Fee, and Recommending This Dismissal Be Treated as a Strike Under 28 U.S.C. § 1915(g), (ECF No. 6), entered on March 14th, 2022, settling this matter between the parties and dismissing all claims against Defendants with prejudice, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

APPROVED: *s/ Mark S. Norris*
                   MARK S. NORRIS
                   UNITED STATES DISTRICT JUDGE

DATE:      March 14, 2022